UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO. 16-cr-00013-01 |
| | * | |
| | * | 18 U.S.C. § 641 |
| VERSUS | * | |
| | * | |
| | * | CHIEF JUDGE DRELL |
| KEVIN JAMES DAUZAT | * | MAGISTRATE JUDGE PEREZ-MONTES |

**UNDERSTANDING OF MAXIMUM PENALTY
AND CONSTITUTIONAL RIGHTS**

I, **KEVIN JAMES DAUZAT**, the above named defendant, having been furnished a copy of the charges and having discussed same with my attorney, state that, I understand the nature of the charges against me and the maximum possible penalty that may be imposed against me as set forth in the attached, signed Plea Agreement.

I further state that I understand:

1.   My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.

2.   My right to plead guilty or not guilty.

3.   My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict.

4.   My right not to be required to testify against myself or at all, if I do not so desire.

5.   My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

I realize that by pleading guilty I stand convicted of the crimes charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the plea agreement) from anyone associated with the State or United States Government or my attorney and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Thus done and signed this ____22nd____ day of ____January____, 2016, in Alexandria, Louisiana.


**KEVIN JAMES DAUZAT**
Defendant

**CRISTIE G. GIBBENS**
Attorney for the Defendant

2